KEATING, Appellant, v. COON, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by William Keating, by guardian, etc., against S. M. Coon, as receiver, etc.

PER CURIAM. Appeal dismissed, with costs, unless the appellant file and serve his printed papers on appeal on or before December, 2, 1904, in which event the motion is denied.

KEE LOX MFG. CO., Respondent, v. INDELIBLE MFG. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by the Kee Lox Manufacturing Company against the Indelible Manufacturing Company and others. No opinion. Judgment affirmed, with costs.

In re KEHOE. (Supreme Court, Appellate Division, Second Department. October 27, 1904.) In the matter of the application of James J. Kehoe to review the determination and act of the board of elections of the city of New York, and to receive and file his certificate of nomination as candidate for senator in the Fifth senatorial district of Kings county, and to place his name upon the official ballot. No opinion. Order affirmed, without costs.

KELLENBERGER v. MEISNER. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Frieda Kellenberger against Frumed Meisner. No opinion. Motion granted, so far as permits removing papers from file.

In re KELLOGG. (Supreme Court, Appellate Division, First Department. October 14, 1904.) In the matter of L. Laflin Kellogg.

PER CURIAM. Motion to resettle order granted, on payment of $10 costs of motion and any disbursements incurred by appellant in the Court of Appeals for reprinting occasioned by the amendment, and, in case she withdraws her appeal to the Court of Appeals, any disbursements she has incurred upon the appeal, and the costs of the appeal up to the time this motion was made.

KELLY, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Patrick J. Kelly, as administrator, etc., against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

KESSLER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Aaron M. Kessler against the Manhattan Railway Company. M. W. Galla-

way, for appellant. N. Burkan, for respondent. No opinion. Judgment and order affirmed, with costs.

KING et al., Respondents, v. GERMAN-AMERICAN BANK of BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by J. Alfred King and others against the German-American Bank of Buffalo.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant within 10 days files and serves the printed papers herein and pays the $10 costs of this motion, in which event the motion is denied.

KINSIE et al., Appellants, v. MAHONY, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Benjamin A. Kinsie and others against Daniel J. Mahony. D. Steckler, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

KIP v. HOLLINGSWORTH. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Clarence V. Kip against William S. Hollingsworth. No opinion. Motion granted, with $10 costs.

KLAUS, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Catherine Klaus against city of Buffalo. No opinion. Order of discontinuance entered upon stipulation of the parties.

KNAPP, Respondent, v. TRUSTEES OF VILLAGE OF CLYDE, Appellants. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Henry Knapp against the trustees of the village of Clyde. No opinion. Judgment and order affirmed, with costs.

KNIGHT, Respondent, v. TOWN OF SPARTA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Heber S. Knight, an infant, etc., against the town of Sparta. No opinion. Judgment and order affirmed, with costs.

KNOEFERL et al., Respondents, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Elizabeth Knoeferl and others against the city of Rochester.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendant to plead over, upon payment of the costs of the demurrer and of this appeal.

HISCOCK, J., dissents.

KRONOLD v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Adolph S. Kronold against the city of New York. No opinion. Motion denied, with $10 costs.